[No. 11339–9–I.  Division One.  May 25, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. DALE B. YOUNG, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-

homish County, No. 81–1–00372–3, John E. Rutter, Jr., J., entered January 18, 1982. *Affirmed* by unpublished opinion per Callow, J., concurred in by Durham, A.C.J., and Ringold, J.